# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br>GSF COUNTRY CLUB INVESTORS L.P., et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00814 DAD JLT<br><br>ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSIGNING CASE<br><br>Old Case Number: 1:18-cv-00814 DAD JLT<br>New Case Number: 1:18-cv-00814 DAD SAB |

Good cause appearing, the assigned Magistrate Judge disqualifies herself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Stanley A. Boone. The new case number is 1:18-cv-00814 DAD SAB. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

　　Dated: __June 18, 2018__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE