# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; DAVID SINGLETARY, an Individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GSF COUNTRY CLUB INVESTORS L.P., GOLDEN STATE FINANCIAL CORPORATION; DEANNA RUTH RANDALL; AND DOES 1 through 10, inclusive,<br>　　　　　Defendants. | Case No. 1:18-cv-00814-DAD-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS GSF COUNTRY CLUB INVESTORS, L.P.; GOLDEN STATE FINANCIAL CORPORATION; AND DEANNA RUTH RANDALL TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 6) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants Gsf Country Club Investors, L.P.; Golden State Financial Corporation; and Deanna Ruth Randall, shall have to and including September 14, 2018, within which to file a responsive pleading to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: __**August 23, 2018**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE